**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 187 EAL 2016
                                        :
           Respondent            :
                                          :   Petition for Allowance of Appeal from
                                        :   the Order of the Superior Court
          v.                   :
                                          :
                                          :
BRAHEEM BURKE,                :
                                          :
           Petitioner             :

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.